Davis, Saperstein & Salomon P.C.
375 Cedar Lane
Teaneck, NJ 07666-3433
(201) 907-5000
Fax: (201) 692-0444
Attorneys for Plaintiff

| | |
|---|---|
| NANSI TOSKOVA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>- vs -<br><br>THE TRUSTEES AT PRINCETON UNIVERSITY A/K/A PRINCETON UNIVERSITY, PRINCETON UNIVERSITY DEPARTMENT OF PUBLIC SAFETY, PRINCETON UNIVERSITY ATHLETICS DEPARTMENT, PRINCETON UNIVERSITY CAMPUS RECREATION DEPARTMENT, PRINCETON TENNIS PROGRAM, INC., JOHN DOES 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN INDIVIDUALS) AND/OR XYZ CORPS. 1-10 (FICTITIOUS NAMES REPRESENTING UNKNOWN CORPORATIONS, PARTNERSHIPS AND/OR LIMITED LIABILITY COMPANIES OR OTHER TYPES OF LEGAL ENTITIES)<br><br>　　　　　　　　　　　　Defendant(s). | UNITED STATES DISTRICT COURT OF NJ<br>LAW DIVISION: DISTRICT OF NEW JERSEY COUNTY<br><br>DOCKET NO. 3:24-CV-06724-RK-TJB<br><br>*Civil Action*<br><br>**VOLUNTARY STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO   PRINCETON TENNIS PROGRAM, INC. ONLY** |

IT IS STIPULATED by and between the parties hereto that Defendant(s)   PRINCETON TENNIS PROGRAM, INC. ONLY be dismissed  as a Party to the within action WITHOUT PREJUDICE and WITHOUT COSTS; and it is further stipulated that should facts and circumstances determine that the dismissed Defendant(s); or if any Co-

-1-

DAVIS, SAPERSTEIN & SALOMON, P.C.
375 Cedar Lane
Teaneck, New Jersey 07666-3433
(201) 907-5000

Defendant or third party alleges that the dismissed Defendant(s) are partly or wholly responsible for plaintiffs injuries, then in such event Plaintiff, upon application to the Court, may reinstate this Complaint against the dismissed Defendant(s) at which time the Statute of Limitations shall be deemed waived and tolled and shall not be used as an Affirmative Defense against Plaintiff's Complaint.

ECKERT, SEAMANS, CHERIN & MELLOTT, LLC

/s/ Yvette Donaldson
Yvette Donaldson, Esq.
Attorney (s) for Defendant (s)

DAVIS, SAPERSTEIN & SALOMON, P.C.

PATRICIA Z. BOGUSLAWSKI
Attorney for Plaintiff

FREEMAN MATHIS & GRAY LLP

Paul Piantino III, Esq.
Attorney (s) for Defendant (s)