

Eckert Seamans Cherin & Mellott, LLC  TEL:  609.392.2100
2000 Lenox Drive, Suite 203            FAX:  609.392.7956
Lawrenceville, NJ 08648

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 453329-00058

Yvette L. Donaldson, Esq.
609.989.5024
ybrown@eckertseamans.com

May 30, 2025

**Via ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
US District Court of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 6 East
Trenton, NJ 08608

      **Re:**   **Toskova v Princeton University**
            **Civil Action No.: 3:24-cv-06724-RK-TJB**

Dear Judge Bongiovanni:

    This firm represents Defendant, The Trustees at Princeton University d/b/a Princeton University (improperly pled as The Trustees at Princeton University a/k/a Princeton University, Princeton University Department of Public Safety, Princeton University Athletics Department, Princeton University Campus Recreation Department) ("Princeton University" or "Defendant"), in the above-captioned matter. Princeton University submits this status update in accordance with the Court's Text Minute Entry entered on April 8, 2025.

    This matter involves a claim by plaintiff alleging personal injury allegedly suffered while participating in an intercollegiate tennis match on the campus of Princeton University. Plaintiff's deposition was scheduled for April 1, 2025. On March 28, 2025, Plaintiff's counsel advised she would need to reschedule Plaintiff's deposition since Plaintiff was unavailable. Prior to our last Status Update Conference with Your Honor, we attempted to reschedule Plaintiff's deposition. Despite our numerous efforts to reschedule Plaintiff's deposition, we have been unable to secure a date for Plaintiff's deposition. At this time, we believe we have reached a point where the Court's intervention would be assistive. At the prior Status Update Conference, we advised Your Honor of our intent to file a motion for Summary Judgment based on Charitable Immunity. This has not changed and we therefore do not believe the matter would benefit from a settlement conference at this time. We respectfully request the Court set a date for Plaintiff's deposition.

                                                  Respectfully yours,

                                                  /s/ Yvette L. Donaldson
                                                  Yvette L. Donaldson, Esq.

115509353.1



Honorable Tonianne J. Bongiovanni
U.S.M.J.
May 30, 2025
Page 2

cc: All Counsel of Record (via ECF)

115509353.1