

| | Eckert Seamans Cherin & Mellott, LLC | TEL: 609.392.2100 |
| | 2000 Lenox Drive, Suite 203 | FAX: 609.392.7956 |
| | Lawrenceville, NJ 08648 | |

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 453329-00058

Yvette L. Donaldson, Esq.
609.989.5024
ybrown@eckertseamans.com

May 30, 2025

**<u>Via ECF</u>**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
US District Court of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 6 East
Trenton, NJ 08608

    Re: **Toskova v Princeton University**
       **Civil Action No.: 3:24-cv-06724-RK-TJB**

Dear Judge Bongiovanni:

  This firm represents Defendant, The Trustees at Princeton University d/b/a Princeton University (improperly pled as The Trustees at Princeton University a/k/a Princeton University, Princeton University Department of Public Safety, Princeton University Athletics Department, Princeton University Campus Recreation Department) ("Princeton University" or "Defendant"), in the above-captioned matter. We recently uploaded a letter to the docket in error under document no. 16. We respectfully ask that the Court remove the document that was uploaded in error from the record. The correct document was uploaded to the docket under document no. 17.

         Respectfully yours,

         /s/ Yvette L. Donaldson
         Yvette L. Donaldson, Esq.

cc: All Counsel of Record (via ECF)

115509353.1