

Eckert Seamans Cherin & Mellott, LLC  TEL: 609.392.2100
2000 Lenox Drive, Suite 203  FAX: 609.392.7956
Lawrenceville, NJ 08648

Mailing Address:
P.O. Box 5404
Princeton, NJ 08543

File No.: 453329-00058

Yvette L. Donaldson, Esq.
609.989.5024
ybrown@eckertseamans.com

June 18, 2025

**Via ECF**
Honorable Tonianne J. Bongiovanni, U.S.M.J.
US District Court of New Jersey
Clarkson S. Fisher Building
402 East State Street, Courtroom 6 East
Trenton, NJ 08608

      **Re:**    **Toskova v Princeton University**
             **Civil Action No.: 3:24-cv-06724-RK-TJB**

Dear Judge Bongiovanni:

    This firm represents Defendant, The Trustees at Princeton University d/b/a Princeton University (improperly pled as The Trustees at Princeton University a/k/a Princeton University, Princeton University Department of Public Safety, Princeton University Athletics Department, Princeton University Campus Recreation Department) ("Princeton University" or "Defendant"), in the above-captioned matter. Princeton University submits this status update in accordance with the Court's Text Minute Entry entered on June 2, 2025.

    This matter involves a claim by plaintiff alleging personal injury allegedly suffered while participating in an intercollegiate tennis match on the campus of Princeton University. Plaintiff's deposition is scheduled for July 24, 2025 at 2:00pm. If the deposition does not proceed as scheduled, we respectfully request the Court set a date for Plaintiff's deposition. In accordance with the Court's Text Minute Entry entered on June 2, 2025, the parties will submit a proposed discovery schedule by July 17, 2025.

                                  Respectfully yours,

                                  /s/ Yvette L. Donaldson
                                Yvette L. Donaldson, Esq.

cc: All Counsel of Record (via ECF)